## IN RE: BOARD OF CERTIFIED COURT REPORTER EXAMINERS

711 S.W.2d 775

Supreme Court of Arkansas
Delivered June 16, 1986

PER CURIAM. The Board of Certified Court Reporter Examiners has recommended that Regulation 13 be amended so that a trial judge may grant an emergency non-renewable certificate for a period of one hundred twenty days. Therefore, the first paragraph of Regulation 13 is amended to read:

13. In the event of an emergency where no Certified Court Reporter is immediately available, a judge of a circuit or

chancery court may, in his discretion, grant a one hundred twenty day, non-renewable emergency certificate in order to continue the conduct of the court's business; provided a copy of the one hundred twenty day emergency certificate shall be forthwith filed with the Clerk of the Arkansas Supreme Court and Secretary of this Board.